**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dawn Laurel Dorsey Baynard<br>fka Dawn Laurel Baynard<br>aka Dawn Laurel Dorsey<br><br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 18-14858 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Morgan Stanley Mortgage Capital Holdings LLC and index same on the master mailing list.

                                      Respectfully submitted,
                                      **/s/Kevin G. McDonald, Esq.**
                                      Kevin G. McDonald, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322