United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dawn Laurel Dorsey Baynard  
    Debtor

Case No. 18-14858-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Antoinett    Page 1 of 1    Date Rcvd: Jun 29, 2020  
                   Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2020.  
14380246     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,  
       Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2020 at the address(es) listed below:  
        CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB  
         cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Morgan Stanley Mortgage Capital Holdings LLC  
         bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC  
         bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    FV-I, Inc. In  For Trust Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
        ZACHARY  ZAWARSKI    on behalf of Debtor Dawn Laurel Dorsey Baynard zzawarski@zawarskilaw.com  
                                                                                                          TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14858-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Dawn Laurel Dorsey Baynard
254 W. Wilkes-Barre St.
Easton PA 18042

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/29/2020.

Name and Address of Alleged Transferor(s):

Claim No. 2: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/01/20

Tim McGrath
**CLERK OF THE COURT**