United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-14858-pmm
Dawn Laurel Dorsey Baynard                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Virginia         Page 1 of 1           Date Rcvd: Jul 29, 2020
                       Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.
14515109       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
    CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB
     cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
    KEVIN G. MCDONALD    on behalf of Creditor    Morgan Stanley Mortgage Capital Holdings LLC
     bkgroup@kmllawgroup.com
    REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC
     bkgroup@kmllawgroup.com
    REBECCA ANN SOLARZ    on behalf of Creditor    FV-I, Inc. In  For Trust Morgan Stanley Mortgage
     Capital Holdings LLC bkgroup@kmllawgroup.com
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
     ECF_FRPA@Trustee13.com
    ZACHARY  ZAWARSKI    on behalf of Debtor Dawn Laurel Dorsey Baynard zzawarski@zawarskilaw.com
                                                                                                 TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14858-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Dawn Laurel Dorsey Baynard
254 W. Wilkes-Barre St.
Easton PA 18042

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/28/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 | Kondaur Capital Corporation et al.<br>Kondaur Capital Corporation<br>333 South Anita Drive, Suite 400<br>Orange, CA 92868-3314 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/31/20

Tim McGrath
**CLERK OF THE COURT**