Office Mailing Address:                                                                                      Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                                                  Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                                                P.O. Box 680
Reading, PA  19606                                                                                      Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-14858-PMM

DAWN LAUREL  DORSEY- BAYNARD                                             Petition Filed Date: 07/23/2018
254 W WILKES-BARRE ST                                                   341 Hearing Date: 08/28/2018
EASTON  PA    18042                                                     Confirmation Date: 01/24/2019

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $300.00 | | 01/16/2019 | $50.00 | | 02/19/2019 | $300.00 | |
| 02/19/2019 | $50.00 | | 04/11/2019 | $350.00 | Delinquency (C | 04/22/2019 | $350.00 | Automatic Payi |
| 05/22/2019 | $350.00 | Automatic Payi | 06/24/2019 | $350.00 | Automatic Payi | 07/22/2019 | $350.00 | Automatic Payi |
| 08/26/2019 | $350.00 | Automatic Payi | 09/23/2019 | $350.00 | Automatic Payi | 10/23/2019 | $350.00 | |
| 11/22/2019 | $350.00 | | 12/26/2019 | $350.00 | | 01/23/2020 | $350.00 | |
| 02/25/2020 | $350.00 | | 03/23/2020 | $350.00 | | 04/22/2020 | $350.00 | |
| 05/22/2020 | $350.00 | | 06/22/2020 | $350.00 | | 07/22/2020 | $350.00 | |

**Total Receipts for the Period:  $6,650.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,200.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | SPECIALIZED LOAN SERVICING LLC <br> »» 002 | Mortgage Arrears | $17,174.92 | $5,261.89 | $11,913.03 |
| 1 | WELLS FARGO BANK NEVADA NA <br> »» 001 | Secured Creditors | $211.59 | $64.81 | $146.78 |
| 3 | ZACHARY ZAWARSKI ESQ <br> »» 003 | Attorney Fees | $1,855.60 | $1,855.60 | $0.00 |

**Chapter 13 Case No. 18-14858-PMM**

| **SUMMARY** |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,200.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $7,182.30 | Arrearages: | $0.00 |
| Paid to Trustee: | $702.70 | Total Plan Base: | $20,800.00 |
| Funds on Hand: | $315.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.