United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dawn Laurel Dorsey Baynard  
    Debtor(s)

Case No. 18-14858-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Adminstra     Page 1 of 2  
Date Rcvd: Dec 22, 2020     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14522940 | Kondaur Capital Corporation et al., Kondaur Capital Corporation, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Wilmington Savings Fund Society  FSB cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| KEVIN G. MCDONALD | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FV-I  Inc. In For Trust Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM MILLER*R | on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com |
| ZACHARY ZAWARSKI | on behalf of Debtor Dawn Laurel Dorsey Baynard zzawarski@zawarskilaw.com |

District/off: 0313-4 User: Adminstra Page 2 of 2
Date Rcvd: Dec 22, 2020 Form ID: trc Total Noticed: 1
TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14858-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Dawn Laurel Dorsey Baynard
254 W. Wilkes-Barre St.
Easton PA 18042

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/22/2020.

Name and Address of Alleged Transferor(s):

Claim No. 2: Kondaur Capital Corporation et al., Kondaur Capital Corporation, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314

Name and Address of Transferee:

U.S. Bank Trust National Association, as
Trustee of the Bungalow Series IV Trust
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/24/20

Tim McGrath
**CLERK OF THE COURT**