| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-14858-PMM**

DAWN LAUREL DORSEY- BAYNARD
254 W WILKES-BARRE ST
EASTON  PA    18042

Petition Filed Date: 07/23/2018
341 Hearing Date: 08/28/2018
Confirmation Date: 01/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2020 | $350.00 | | 02/25/2020 | $350.00 | | 03/23/2020 | $350.00 | |
| 04/22/2020 | $350.00 | | 05/22/2020 | $350.00 | | 06/22/2020 | $350.00 | |
| 07/22/2020 | $350.00 | | 08/24/2020 | $350.00 | | 09/22/2020 | $350.00 | |
| 10/22/2020 | $350.00 | | 11/23/2020 | $350.00 | | 12/22/2020 | $350.00 | |
| 01/25/2021 | $350.00 | | 02/23/2021 | $350.00 | | 03/22/2021 | $350.00 | |
| 04/22/2021 | $350.00 | | 05/24/2021 | $350.00 | | | | |

**Total Receipts for the Period:  $5,950.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $11,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | SN SERVICING CORPORATION<br>»» 002 | Mortgage Arrears | $17,174.92 | $8,757.34 | $8,417.58 |
| 1 | WELLS FARGO BANK NEVADA NA<br>»» 001 | Secured Creditors | $211.59 | $96.11 | $115.48 |
| 3 | ZACHARY ZAWARSKI ESQ<br>»» 003 | Attorney Fees | $1,855.60 | $1,855.60 | $0.00 |

**Chapter 13 Case No. 18-14858-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,700.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $10,709.05 | Arrearages: | $0.00 |
| Paid to Trustee: | $979.20 | Total Plan Base: | $20,800.00 |
| Funds on Hand: | $11.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.