Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 18-14858-PMM**

DAWN LAUREL DORSEY- BAYNARD  
254 W WILKES-BARRE ST  
EASTON  PA   18042  

Petition Filed Date: 07/23/2018  
341 Hearing Date: 08/28/2018  
Confirmation Date: 01/24/2019  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/22/2021 | $350.00 | | 05/24/2021 | $350.00 | | 06/22/2021 | $350.00 | |
| 07/22/2021 | $350.00 | | 08/23/2021 | $350.00 | | 09/22/2021 | $350.00 | |
| 10/22/2021 | $350.00 | | 11/22/2021 | $350.00 | | 12/22/2021 | $350.00 | |
| 01/25/2022 | $350.00 | | 02/23/2022 | $350.00 | | 03/22/2022 | $350.00 | |
| 04/25/2022 | $350.00 | | 05/23/2022 | $350.00 | | 06/24/2022 | $350.00 | |
| 07/25/2022 | $350.00 | | | | | | | |

**Total Receipts for the Period: $5,600.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | SN SERVICING CORPORATION  »» 002 | Mortgage Arrears | $17,174.92 | $12,864.73 | $4,310.19 |
| 1 | WELLS FARGO BANK NEVADA NA  »» 001 | Secured Creditors | $211.59 | $158.47 | $53.12 |
| 3 | ZACHARY ZAWARSKI ESQ  »» 003 | Attorney Fees | $1,855.60 | $1,855.60 | $0.00 |

**Chapter 13 Case No. 18-14858-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,600.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $14,878.80 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,399.20 | Total Plan Base: | $20,800.00 |
| Funds on Hand: | $322.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.