| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-14858-PMM

DAWN LAUREL  DORSEY- BAYNARD
254 W WILKES-BARRE ST
EASTON  PA    18042

Petition Filed Date: 07/23/2018
341 Hearing Date: 08/28/2018
Confirmation Date: 01/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $350.00 | | 09/22/2022 | $350.00 | | 10/24/2022 | $350.00 | |
| 11/22/2022 | $350.00 | | 12/22/2022 | $350.00 | | 01/24/2023 | $350.00 | |
| 02/23/2023 | $350.00 | | 03/22/2023 | $350.00 | | 04/24/2023 | $350.00 | |
| 05/22/2023 | $350.00 | | 06/23/2023 | $350.00 | | 07/24/2023 | $350.00 | |

**Total Receipts for the Period: $4,200.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $20,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | SN SERVICING CORPORATION »»  002 | Mortgage Arrears | $17,174.92 | $16,671.31 | $503.61 |
| 1 | WELLS FARGO BANK NEVADA NA »»  001 | Secured Creditors | $211.59 | $205.39 | $6.20 |
| 3 | ZACHARY ZAWARSKI ESQ »»  003 | Attorney Fees | $1,855.60 | $1,855.60 | $0.00 |

**Chapter 13 Case No. 18-14858-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,800.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $18,732.30 | Arrearages: | $210.23 |
| Paid to Trustee: | $1,749.20 | Total Plan Base: | $21,010.23 |
| Funds on Hand: | $318.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.