United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 18-14858-pmm

Dawn Laurel Dorsey Baynard                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                     User: admin                                          Page 1 of 2

Date Rcvd: Sep 26, 2023                          Form ID: 212                                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

**Recip ID                    Recipient Name and Address**
db                          +  Dawn Laurel Dorsey Baynard, 254 W. Wilkes-Barre St., Easton, PA 18042-6630

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

**Name                                          Email Address**

BRIAN CRAIG NICHOLAS
        on behalf of Creditor FV-I  Inc. In For Trust Morgan Stanley Mortgage Capital Holdings LLC bnicholas@kmllawgroup.com,
        bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
        on behalf of Creditor Specialized Loan Servicing LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHRISTOPHER M. MCMONAGLE
        on behalf of Creditor Wilmington Savings Fund Society  FSB christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com

JONATHAN C. SCHWALB
        on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Bungalow
        Series IV Trust bankruptcy@friedmanvartolo.com

KEVIN G. MCDONALD
        on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 212 | Total Noticed: 1 |

LAUREN MOYER
  on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Bungalow
  Series IV Trust bkecf@friedmanvartolo.com

ROGER FAY
  on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Bungalow
  Series IV Trust rfay@milsteadlaw.com, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
  on behalf of Debtor Dawn Laurel Dorsey Baynard zzawarski@zawarskilaw.com


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                      Chapter: 13

    Dawn Laurel Dorsey Baynard

Debtor(s)                                                   Case No: 18−14858−pmm

---

### *ORDER*

    AND NOW, September 26, 2023, it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall file

    ☑  A statement regarding completion of an instructional course concerning
personal financial management, (Official Form B423) or a request for a waiver
from such requirement.

    ☐  A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.


                                 For The Court

                                 Patricia M. Mayer

                                 Judge, United States Bankruptcy
                                 Court