Certificate Number: 17572-PAE-DE-037810722

Bankruptcy Case Number: 18-14858



17572-PAE-DE-037810722

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 30, 2023, at 7:41 o'clock PM PDT, Dawn L Dorsey completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 30, 2023          By:     /s/Leigh-Anna M Thompson

                                    Name:   Leigh-Anna M Thompson

                                    Title:  Counselor